**EXHIBIT A**

VIRGINIA:

## IN THE CIRCUIT COURT FOR ARLINGTON COUNTY

| | |
|---|---|
| Kevin P. Lynn and Evelyn L. Lynn, | |
| Plaintiffs, | |
| v. | Case No. 09-1005 |
| David B. Nolan, | |
| Defendant. | |

RECEIVED
OCT 23 2009
QUINN, RACUSIN & GAZZOLA
CHARTERED

### ORDER

Upon consideration of Plaintiffs' Motion for Default Judgment, Defendant's Motion for Leave to File Verified Answer, and Plaintiffs' Opposition to Motion for Leave to File Verified Answer, it is this, 23rd day of October, 2009,

**ORDERED**, that Defendant's Motion is DENIED; and it is

**FURTHER ORDERED**, that Plaintiffs' Motion for Default Judgment is GRANTED; and it is

**FURTHER ORDERED**, that the Lease for residential real property located at 2310 South Fort Scott Drive, Arlington, Virginia 22202, dated May 20, 2009, between Plaintiffs and Defendant is void *ab initio*; and it is

**FURTHER ORDERED**, that the Plaintiffs are awarded compensatory damages in the amount of $27,441.24; and it is

**FURTHER ORDERED**, that the Plaintiffs' claim for punitive damages is dismissed without prejudice.

_____
JUDGE



EXHIBIT A

We ask for this:

John H. Quinn, Jr. (VSB No. 6232)
Quinn, Racusin & Gazzola Chartered
1667 K Street, N.W., Suite 720
Washington, DC 20006
(202) 842-9300 – Telephone
(202) 682-0148 – Facsimile
Attorney for the Plaintiffs

Copies Served on:

John H. Quinn, Jr.
Francisca I. Otero
Quinn, Racusin & Gazzola Chartered
1667 K Street, N.W., Suite 720
Washington, D.C. 20006

David B. Nolan, Esq.
8310 Wagon Wheel Road
Alexandria, Virginia 22309



EXHIBIT A

VIRGINIA:

    IN THE GENERAL DISTRICT COURT FOR ARLINGTON COUNTY

| | |
|---|---|
| David B. Nolan, | |
|     Plaintiff, | Case No. GV 09005571-00 |
| v. | |
| Kevin P. Lynn and Evelyn L. Lynn, | |
|     Defendants. | |

### ORDER

Upon consideration of the Defendants' Motion for Summary Judgment, filed on January 8, 2010 and any Opposition thereto it is this, the __19__ day of __Jan__, 2010,

**ORDERED,** that the Defendants' Motion for Summary Judgment is hereby GRANTED; and it is

**FURTHER ORDERED,** that judgment is entered in favor of Defendants and this unlawful detainer action is dismissed with prejudice.

                                                                          _____
                                                                                           JUDGE

cc:

| | |
|---|---|
| John H. Quinn, Jr., Esq. | David B. Nolan, Esq. |
| Francisca I. Otero, Esq. | 8310 Wagon Wheel Road |
| Quinn, Racusin & Gazzola Chartered | Alexandria, Virginia 22309 |
| 1667 K Street, N.W., Suite 720 | |
| Washington, DC 20006 | |